**Opinion issued March 26, 2015**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-15-00267-CV

————————————

## IN RE SOLID SOFTWARE SOLUTIONS, INC., D/B/A EDIBLE SOFTWARE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION[1]

In this original proceeding, Solid Software Solutions, Inc., d/b/a Edible Software, seeks mandamus relief from the trial court's February 27, 2015 Order denying Defendants' Motion to Dismiss, or, alternatively, Traditional Motion for

---

[1] The underlying case is *Andrea Farmer v. Henri Morris and Solid Software Solutions, Inc., d/b/a Edible Software*, Cause No. 2013-74668, in the 215th Judicial District Court of Harris County.

Summary Judgment. The petition for writ of mandamus is **DENIED**. All pending motions are **DENIED AS MOOT**.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.